USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/16/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
**KIMU JOHNSON**,

                    **Plaintiff,**

          **-against-**         **1:19-cv-9525-ALC**

**PORT AUTHORITY TRANS HUDSON**     **ORDER**
**CORP.**

                    **Defendant.**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court will conduct a telephone status conference in this action on October 23, 2020 at 11:30 a.m. Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated:   October 16, 2020
           New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**