USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_10/23/2020\_\_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**KIMU JOHNSON,**

                       **Plaintiff,**

-against-

**PORT AUTHORITY TRANS HUDSON CORP.,**

                       **Defendant.**

**1:19-cv-09525 (ALC)**

**Order**

---

**ANDREW L. CARTER, JR., United States District Judge:**

        On October 23, 2020 at 11:30 A.M., the Court held a telephone status conference with the Parties. The Parties are hereby ORDERED to submit a joint status report by November 6, 2020 providing details regarding how the Parties would like to proceed with the litigation.

**SO ORDERED.**

Dated:  October 23, 2020
         New York, New York

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**