USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/09/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

   **KIMU JOHNSON,**       :
                                      **Plaintiff,**   :      **1:19-cv-09525 (ALC)**

                     **-against-**       :      **ORDER**

   **PORT AUTHORITY TRANS HUDSON**   :
   **CORP.,**                         :

                                  **Defendant.**   :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court is in receipt of the Parties joint status report filed on November 6, 2020. ECF No. 28.

       Accordingly, the Parties are hereby ORDERED to file a joint status report advising the Court of their availability for a jury trial in May and the expected length of trial.

       The Parties are also hereby ORDERED to file a joint pretrial order in accordance with this Court's Individual Practices by no later than December 9, 2020.

**SO ORDERED.**

**Dated: November 9, 2020**
       **New York, New York**

                                                              _____
                                                            **ANDREW L. CARTER, JR.**
                                                            **United States District Judge**