USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 04/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMU JOHNSON,<br><br>                         **Plaintiff,**<br><br>-against-<br><br>PORT AUTHORITY TRANS HUDSON CORP.,<br><br>                         **Defendant.** | 19-cv-9525 (ALC) (RWL)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    April 30, 2021
             New York, New York

_____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**